UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Jamaje Bailey

Case No.: 2:19CR00301

## REQUEST FOR TRANSFER OF JURISDICTION

June 23, 2023

TO:   The Honorable Gloria M. Navarro
      United States District Judge

On February 10, 2021, Your Honor sentenced Bailey to a term of 37 months imprisonment followed by 36 months supervised release for the charge of Bank Robbery. On March 23, 2023, Bailey commenced supervision in the Southern District of Texas.

On June 19, 2023, Bailey was arrested and charged with Burglary of a Building, a felony, in violation of Texas Sec. 30.02.A1; and Theft of Property, a felony, in violation of Texas Sec. 31.03.B1, in the 232nd Harris County Judicial Court. Due to Bailey's significant ties to Texas and new felony charges, the Southern District of Texas is requesting jurisdiction in this matter to address the violations with their Court. Should the Court agree with this request, the Probation 22 form is attached for Your Honor's signature.

If the Court has any questions, please contact the undersigned officer at (702) 378-0704.

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2023.06.23 10:16:42 -07'00'

Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2023.06.23 10:03:36 -07'00'

Brian Blevins, Supervising
United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:19CR00301 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jamaje Bailey 19670 Little Pine Lane Katy, Texas 77449 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE Gloria M. Navarro | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/24/2023 — TO 3/23/2026 |

OFFENSE
18 U.S.C. §§ 2113 (a) and (2) Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas/Houston upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 23, 2023
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                    _____
*Effective Date*                      *United States District Judge*